# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRENT JACOBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 13-00070-KD-B** |
| | ) | |
| **SHERIFF HUEY MACK,** *et al*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 1, 2014, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that plaintiff's motion to substitute (doc. 24) is **DENIED**.

DONE this 29th day of August 2014.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE