**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRENT JACOBY (#291560)** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION:13-00070-KD-B** |
| | * | |
| **SHERIFF HUEY MACK, *et al.*** | * | |
| **Defendants.** | * | |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Defendants' Motion for Summary Judgment is **GRANTED,** this action is **DISMISSED with prejudice,** and judgment is entered in favor of the Defendants and against Plaintiff Brent Jacoby.

**DONE** and **ORDERED** this the **21st** day of **March 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**